# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON  DIVISION

FRANCIS P. JONES,           :
                                 :

    Plaintiff,             :
                                 :

    v.                       :         **Civil Action No.**
                                 :         **5:06-CV-168 (CAR)**

TOMLYN T. PRIMUS, et al.,    :
                                 :

    Defendants.          :
                                 :
                                 :

## ORDER ON UNITED STATES MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation (Doc. 22) from United States Magistrate Judge Claude W. Hicks, Jr., that recommends dismissing the instant action with prejudice for failure to prosecute.  No Objection has been filed.  Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the procedural history of the case and the Recommendation.  Plaintiff has been afforded multiple opportunities to prosecute this action, but refuses to do so. Accordingly, the Recommendation is **ACCEPTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

        **SO ORDERED** this 2nd day of January, 2008.

                S/ C. Ashley Royal
                C. ASHLEY ROYAL
                United States District Judge

SCS/ssh